IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD RAMIREZ,<br><br>  Petitioner,<br>v.<br><br>DAVID DIGUGLIELMO, et al.,<br><br>  Respondents. | CIVIL ACTION<br><br>NO.  12-5803 |

### ORDER

**AND NOW**, this __10th__ day of September, 2014, upon careful and independent consideration of the Amended Petition for Writ of *Habeas Corpus* filed pursuant to 28 U.S.C. § 2254 (Doc. 15), and after review of the Report and Recommendation of United States Magistrate Judge M. Faith Angell (Doc. 45), and Petitioner's Objections thereto (Doc. 52), **IT IS HEREBY ORDERED** as follows:

1. The Report and Recommendation is **APPROVED AND ADOPTED**;

2. The Petition for Writ of *Habeas Corpus* is **DENIED AND DISMISSED WITHOUT AN EVIDENTIARY HEARING**; and

3. There is no basis for the issuance of a certificate of appealability.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall mark the above-captioned case as **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, U.S.D.J.**