# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDWARD RAMIREZ,** | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. No. 12-5803 |
| | : | |
| **DAVID DIGUGLIELMO,** *et al.,* | : | |
| Respondents. | : | |

## ORDER

**AND NOW** this 13th day of December, 2023, upon consideration of the Parties' Joint Motion to Terminate the Proceedings (Doc. No. 84), whereby the Parties agreed that the matter was resolved because Petitioner's pending PCRA petition was granted and his conviction and sentence for second-degree murder was vacated by Philadelphia Common Pleas Court Judge Scott DiClaudio, it is hereby **ORDERED** that:

1. The Clerk of Court **SHALL** lift the stay in the above-captioned case.

2. Petitioner's Third Supplemental Petition for Writ of Habeas Corpus is **DENIED** as moot;

3. The Clerk of Court **SHALL** terminate the proceedings and close the case.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.